Jamin S. Soderstrom, Bar No. 261054
jamin@soderstromlawfirm.com
SODERSTROM LAW PC
1 Park Plaza, Suite 600
Irvine, California 92614
Tel: (949) 667-4700; Fax: (949) 424-8091

Douglas L. Mahaffey, Bar No. 125980
dougm@mahaffeylaw.com
MAHAFFEY LAW GROUP, PC
20162 SW Birch Street, Suite 300
Newport Beach, California 92660
Tel: (949) 833-1400; Fax: (949) 263-8736

*Counsel for Plaintiffs and the Proposed Class*

LATHAM & WATKINS LLP
   Daniel Scott Schecter (Bar No. 171472)
    daniel.schecter@lw.com
10250 Constellation Boulevard, Suite 1100
Los Angeles, CA. 90067
Tel.: 424.653.5500; Fax: 424.653.5501

LATHAM & WATKINS LLP
   Matthew A. Brill (admitted pro *hac vice*)
    matthew.brill@lw.com
   Andrew D. Prins (admitted pro *hac vice*)
    andrew.prins@lw.com
555 Eleventh Street, NW
Washington, D.C. 20004
Tel.: 202.637.2200; Fax.: 202.637.2201

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH HART and LE'ROY ROBERSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC., SPECTRUM MANAGEMENT HOLDING COMPANY LLC, and CHARTER COMMUNICATIONS OPERATING, LLC<br><br>    Defendants. | Case No. 8:17-cv-00556 SB (RAOx)<br><br>**STIPULATION OF DISMISSAL UNDER RULE 41(a)** |

Plaintiffs Elizabeth Hart and Le'Roy Roberson and Defendants Charter Communications, Inc., Spectrum Management Holding Company, LLC, and Charter Communications Operating, LLC, by and through their respective counsel, hereby stipulate to the dismissal of this action, and to all claims in this action, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs' individual claims are dismissed with prejudice. No class has been certified, and the claims of putative class members are dismissed without prejudice. The Parties will bear their own costs, fees, and expenses.

Respectfully submitted,

Dated: February 6, 2024         SODERSTROM LAW PC

By: /s/ Jamin S. Soderstrom

and

MAHAFFEY LAW GROUP, PC
Douglas L. Mahaffey

*Counsel for Plaintiffs and the Proposed Class*

Dated: February 6, 2024         LATHAM & WATKINS LLP
Daniel Scott Schecter
Matthew A. Brill (*pro hac vice*)
Andrew D. Prins (*pro hac vice*)
Nicholas L. Schlossman (*pro hac vice*)

By /s/ Andrew D. Prins
Andrew D. Prins

*Attorneys for Defendants
Charter Communications, Inc.,
Spectrum Management Holding Company LLC,
and Charter Communications Operating LLC*

## SIGNATURE CERTIFICATION

I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing. I have obtained authorization to affix their electronic signatures to this document.

Dated: February 6, 2024         By: /s/ Jamin S. Soderstrom